No. 153. Iturrino, Peticionaria, *v.* Soto Nussa, Juez de Distrito, Demandado.—*Certiorari.* Noviembre 22, 1915. *Denegada la solicitud.*

---

No. 881. El Pueblo, Apelado, *v.* Rodríguez, Apelante.— Hurto menor. San Juan, Sección 2ª. Noviembre 22, 1915. *Confirmada la sentencia.*

---

No. 877. El Pueblo, Apelado, *v.* Rodríguez, Apelante.— Hurto menor. San Juan, Sección 2ª. Noviembre 23, 1915. *Confirmada la sentencia.*

---

No. 902. Dones, Apelante, *v.* Márquez, Alcaide Cárcel, Apelado.—*Habeas Corpus.* Guayama. Noviembre 30, 1915. *Desestimada la apelación por falta de jurisdicción.*

---

No. 903. Rivero et al., Apelantes, *v.* El Pueblo, Apelado.—*Habeas Corpus.* Aguadilla. Noviembre 30, 1915. *Desestimada la apelación por carecer de finalidad práctica.*

---

No. 1353. Orcasitas, Apelante, *v.* Solá et ál., Apelados.— Cobro de dinero. Humacao. Noviembre 30, 1915. *Modificada la sentencia condenando también a los demandados al pago de honorarios de abogado.*

---

No. 861. El Pueblo, Apelado, *v.* Díaz, Apelante.
No. 862. El Pueblo, Apelado, *v.* O'Neill, Apelante.
No. 863. El Pueblo, Apelado, *v.* Fernández, Apelante.— Infracción ordenanzas municipales. San Juan, Sección 2ª. Diciembre 1, 1915. *Confirmadas las sentencias.*